## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL DOMJAN** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 10-3398 |
| | * | |
| **DIVCON, LLC and** | | |
| **SETTOON CONSTRUCTION, INC.** | * | SECTION "A" (1) |
| | * | JUDGE JAY C. ZAINEY |
| | | MAGISTRATE SALLY SHUSHAN |

### ORDER

Considering the above and foregoing Ex Parte Unopposed Motion for Summary Judgment,

**IT IS HEREBY ORDERED** that the Ex Parte Unopposed Motion for Summary Judgment is GRANTED and all claims and demands against Settoon Construction, Inc. be and are hereby DISMISSED, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this  31st  day of  August , 2011.

_____
United States District Judge