UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DOMJAN | CIVIL ACTION |
| VERSUS | NO: 10-3398 |
| DIVCON, LLC | SECTION: "A"(1) |

**********************************************************************

## VERDICT FORM

## I. JONES ACT CLAIM

1. Do you find that the plaintiff Michael Domjan qualified as a Jones Act seaman on August 22, 2010, the date of the accident?

Yes __X__ No ______

**If you answered "No" to Question No. 1, then skip all remaining questions, sign and date this form, and notify the Court Security Officer that you are ready to return to the courtroom. If you answered "Yes," then proceed to Question No. 2.**

2. Was Divcon, LLC negligent on August 22, 2010, in a manner which was a cause of injury, in whole or in part, to the plaintiff Michael Domjan?

Yes __X__ No ______

**If you answered "No" to Question No. 2, then proceed directly to Question No. 6 pertaining to the Maintenance Claim. If you answered "Yes," then proceed to Question No. 3.**

3. Was the plaintiff Michael Domjan negligent on August 22, 2010, in a manner which was a cause of his own injuries?

Yes __X__ No ______

**If you answered "Yes" to Question No. 3 above, then proceed to Question No. 4. If you answered "No" to Question No. 3, then skip Question No. 4 and proceed directly to Question No. 5.**

4. Indicate what percentage of fault is attributable to each party. **The total must equal 100 percent.**

| | |
|---|---|
| Defendant Divcon, LLC | 55 % |
| Plaintiff Michael Domjan | 45 % |
| | **TOTAL 100 %** |

**Proceed to Question No. 5.**

5. What amount, if any, do you find will fairly and adequately compensate the plaintiff, Michael Domjan, for his injuries? **(Do not make any deductions for the plaintiff's negligence, if any. The Court will make any calculations that are necessary.)**

Past, present and future physical or mental pain and suffering and/or disability/disfigurement/loss of capacity for enjoyment of life . . . $ 150,000.00

Past lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 24,284.00

Loss of future wages and earning capacity . . . . . . . . . . . . . . . . . . . $ 0

**Proceed to Question No. 6.**

## II. MAINTENANCE CLAIM

6. Do you find that the plaintiff Michael Domjan failed to mitigate his damages by declining to accept a light duty position with Divcon, LLC?

Yes __X__ No ______

**If your answer to Question No. 6 is "No," then skip Question No. 7 and proceed to Question No. 8. If your answer is "Yes," then proceed to Question No. 7.**

7. On what date do you find that Michael Domjan was offered a light duty position that he declined to accept?

Date: Aug - Sept 2010

**Proceed to Question No. 8.**

8. Do you find that the plaintiff Michael Domjan is entitled to additional maintenance?

Yes ______ No __X__

**If you answered "No" to Question No. 8 then skip the remaining questions, sign and date this form, and inform the Court Security Officer that you are ready to return to the courtroom. Otherwise, proceed to Question No. 9.**

9. What do you find to be the plaintiff Michael Domjan's daily maintenance rate?

Maintenance rate: $ ________ per day

**Sign and date this form and notify the Court Security Officer that you are ready to return to the courtroom.**

New Orleans, Louisiana this __4TH__ day of April, 2012

Foreperson