UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DOMJAN | CIVIL ACTION |
| VERSUS | NO: 10-3398 |
| DIVCON, LLC, et al | SECTION: "A" |

### J U D G M E N T

For the written reasons of the Court issued August 31, 2011 and filed herein, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Settoon Construction, Inc., and against the plaintiff, Michael Domjan.

This cause against Divcon, LLC was tried and submitted to a jury, and the jury returned a verdict as follows: that the extent of fault by the plaintiff that contributed to his injuries was 45% of negligence found, and the plaintiff was awarded a total of $174,284.00. The Court, on April 9, 2012, ordered a credit for maintenance in Divcon LLC's favor in the amount of $13,356.20. Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Michael Domjan, and against defendant, Divcon, LLC, in the amount of $82,500.00, together with legal interest and costs.

New Orleans, Louisiana, this 10th day of April 2012.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE